**LAW OFFICES**
**HONIG & GREENBERG, L.L.C.**
By: Helene B. Raush
1949 Berlin Road, Suite 200
Cherry Hill, N.J. 08003-3737
Phone (856) 770-0990
Facsimile (856)770-8511
Email: hraush@hgllclaw.com
Attorneys for GIBBSTOWN DENTISTRY, INC.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| IN RE:<br><br>    LUANNE C. THOMAS<br><br>                    Debtor | CHAPTER THIRTEEN<br><br>Case Number 21-19574-JNP |
|---|---|

**ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES**

    Please take notice that the undersigned Firm represents GIBBSTOWN DENTISTRY, INC., an interested party in the above captioned case. In accordance with the Bankruptcy Code and Rules, please enter our appearance on behalf of this party, place our name and address on the distribution list, and direct copies of all notices in this bankruptcy proceeding, regardless of form, to the above address.

    This appearance and request are without prejudice to any rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court, and shall not be deemed to be a waiver of any objection thereto. Service of process of any pleading shall be made directly upon the Creditor as required by the Federal Rules of Bankruptcy Procedure and this instrument shall not constitute a waiver of Creditor's right to such service.

                                          /s/ Helene B. Raush
                                          HONIG & GREENBERG, L.L.C.
                                          By: Helene B. Raush, Esq.
                                          Attorneys for GIBBSTOWN DENTISTRY, INC.

Dated: 12/20/2021
Cherry Hill, New Jersey