Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

              Case No.: 21−19574−JNP
              Chapter: 13
              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Luanne C. Thomas
 aka Luanne Capri Thomas
 219 Weatherby Ave.
 Swedesboro, NJ 08085

Social Security No.:
 xxx−xx−9222

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

 NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 7, 2022.

Dated: April 7, 2022
JAN: har

                            Jeanne Naughton
                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19574-JNP |
| Luanne C. Thomas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 07, 2022 | Form ID: plncf13 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luanne C. Thomas, 219 Weatherby Ave., Swedesboro, NJ 08085-1027 |
| cr | + | Gibbstown Dentistry, Inc., c/o Honig & Greenberg, LLC, 1949 Berlin Road, Suite 200, Cherry Hill, NJ 08003-2077 |
| 519460017 | + | Borough of Swedesboro, Attn: Tax Office, 1500 Kings Highway, Swedesboro, NJ 08085-1286 |
| 519460021 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519460022 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519469544 | + | GIBBSTOWN DENTISTRY, C/o Honig & Greenberg, LLC, Attn: Helene B. Raush, 1949 Berlin Road, Suite 200 Cherry Hill, NJ 08003-2077 |
| 519460024 | + | Gibbstown Dentistry, 401 Harmony Rd., Suite 14, Gibbstown, NJ 08027-1725 |
| 519460025 | + | Honig & Greenberg LLC, Attn: Helene B. Raush, Esq., 1949 Berlin Rd., Suite 200, Cherry Hill, NJ 08003-2077 |
| 519460029 | + | Michael Brutschea, 18 Highland Ave, Sicklerville, NJ 08081-1420 |
| 519460040 | + | Traf Group Inc/A-1 Collections, Attn: Bankruptcy, 2297 St Hwy 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519460041 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519503829 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2022 20:41:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519460018 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 07 2022 20:41:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519472461 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 07 2022 20:41:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519479727 | + | Email/Text: bankruptcy@sccompanies.com | Apr 07 2022 20:37:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519460020 | + | Email/Text: bankruptcy@sccompanies.com | Apr 07 2022 20:37:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519460028 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:53:20 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519483844 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2022 20:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519462196 | | Email/Text: EBNBKNOT@ford.com | Apr 07 2022 20:37:00 | FORD MOTOR CREDIT COMPANY LLC, DEPT 55953 PO BOX 55000, DETROIT, MI 48255-0953 |
| 519460023 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 07 2022 20:41:58 | First Premier Bank, Attn: Bankruptcy, Po Box |

Case 21-19574-JNP   Doc 23   Filed 04/09/22   Entered 04/10/22 00:12:12   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 07, 2022 | Form ID: plncf13 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 5524, Sioux Falls, SD 57117-5524 |
| 519460026 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2022 20:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519509614 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 07 2022 20:37:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519460027 | + | Email/Text: EBNBKNOT@ford.com | Apr 07 2022 20:37:00 | Lincoln Automotive Financial, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 519464714 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 07 2022 20:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519460030 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 07 2022 20:37:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519461407 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 07 2022 20:41:53 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519501416 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2022 20:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519460037 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 07 2022 20:37:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 519460038 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 07 2022 20:37:00 | Rocket Mortgage, LLC, Attn: Account Resolution Team, 635 Woodward, Detroit, MI 48226-3408 |
| 519473998 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 07 2022 20:37:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519460039 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 07 2022 20:37:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519460019 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519460031 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519460032 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519460033 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519460034 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519460035 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519460036 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022        Signature:        /s/Gustava Winters

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 07, 2022 | Form ID: plncf13 | Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Helene Bonnie Raush | on behalf of Creditor Gibbstown Dentistry Inc. hraush@hgllclaw.com, btemple@hgllclaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Thomas G. Egner | on behalf of Debtor Luanne C. Thomas tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6