UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Luanne C. Thomas,

Debtor.

Case No.: 21-19574-JNP

Chapter: 13

Hearing Date: 04/19/2022

Judge: Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 219 Weatherby Ave., Swedesboro, NJ (Docket # 51)

_____

Date: 04/14/2022                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*