Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-19574 (JNP)

Luanne C. Thomas  
219 Weatherby Avenue  
Swedesboro, NJ  08085

Monthly Payment: $768.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2022 | $700.00 | 02/02/2022 | $700.00 | 03/02/2022 | $700.00 | 04/04/2022 | $700.00 |
| 05/02/2022 | $755.00 | 05/31/2022 | $755.00 | 07/05/2022 | $768.00 | 08/08/2022 | $768.00 |
| 09/07/2022 | $768.00 | 10/11/2022 | $768.00 | 11/18/2022 | $768.00 | 12/14/2022 | $768.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LUANNE C. THOMAS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,250.00 | $4,250.00 | $0.00 | $0.00 |
| 1 | BOROUGH OF SWEDESBORO | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $2,073.15 | $0.00 | $2,073.15 | $0.00 |
| 3 | COUNTRY DOOR | 33 | $222.86 | $0.00 | $222.86 | $0.00 |
| 4 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PREMIER BANKCARD, LLC | 33 | $481.92 | $0.00 | $481.92 | $0.00 |
| 7 | GIBBSTOWN DENTISTRY, INC. | 33 | $1,857.57 | $0.00 | $1,857.57 | $0.00 |
| 8 | HONIG & GREENBERG LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT STORES NATIONAL BANK | 33 | $853.18 | $0.00 | $853.18 | $0.00 |
| 12 | MICHAEL BRUTSCHEA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDLAND FUNDING, LLC | 33 | $666.92 | $0.00 | $666.92 | $0.00 |
| 14 | QUICKEN LOANS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ROCKET MORTGAGE, LLC | 24 | $35,869.41 | $2,674.33 | $33,195.08 | $0.00 |
| 16 | STATE OF NEW JERSEY DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TRAF GROUP INC/A-1 COLLECTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MIDLAND FUNDING, LLC | 33 | $470.95 | $0.00 | $470.95 | $0.00 |
| 23 | MIDLAND FUNDING, LLC | 33 | $850.44 | $0.00 | $850.44 | $0.00 |
| 24 | MIDLAND FUNDING, LLC | 33 | $620.69 | $0.00 | $620.69 | $0.00 |
| 25 | MIDLAND FUNDING, LLC | 33 | $386.29 | $0.00 | $386.29 | $0.00 |
| 26 | MIDLAND FUNDING, LLC | 33 | $349.29 | $0.00 | $349.29 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | MIDLAND FUNDING, LLC | 33 | $450.60 | $0.00 | $450.60 | $0.00 |
| 28 | CAPITAL ONE BANK USA, N.A. | 33 | $1,318.35 | $0.00 | $1,318.35 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 33 | $1,990.65 | $0.00 | $1,990.65 | $0.00 |
| 30 | ASHLEY FUNDING SERVICES, LLC | 33 | $23.98 | $0.00 | $23.98 | $0.00 |
| 31 | ASHLEY FUNDING SERVICES, LLC | 33 | $38.05 | $0.00 | $38.05 | $0.00 |
| 32 | GIBBSTOWN DENTISTRY | 33 | $1,563.00 | $0.00 | $1,563.00 | $0.00 |
| 33 | ROCKET MORTGAGE, LLC | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2022 | 4.00 | $0.00 |
| 05/01/2022 | Paid to Date | $3,555.00 |
| 06/01/2022 | 55.00 | $768.00 |
| 01/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,918.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $701.95 |
| Arrearages: | $13.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**