UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53995
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC

In Re:

LUANNE C. THOMAS

Order Filed on November 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 21-19574

Adv. No.

Hearing Date: 9-19-23

Judge: (JNP)

**ORDER FOR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES**

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: November 14, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Luanne C. Thomas
Case No: 23-19574
Caption of Order: Order for monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig., Esq., attorney for Ford Motor Credit Company ("Ford"), with the appearance of Thomas G. Egner, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Ford is the holder of a first purchase money security interest encumbering a 2016 Ford Edge bearing vehicle identification number 2FMPK4J98GBB91491.**
2. **That commencing October 2023, if the Debtor fails to make any payment to Ford within thirty (30) days after it falls due, Ford shall be entitled to stay relief upon filing a certification with the Court and serving it upon the Debtor, her attorney, and the Chapter 13 Trustee.**
3. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Ford Motor Credit Company must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Ford shall be entitled to stay relief upon filing a certification that insurance has lapsed with the Court and serving it upon the Debtor, her attorney, and the Chapter 13 Trustee.**
4. **That the Debtor is to pay a counsel fee of $513.00 to Ford Motor Credit Company through her Chapter 13 Plan.**