UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire (AB 1574)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

**Luanne C. Thomas**

Debtor(s)'

Case No. 21-19574 (JNP)

Judge: Jerrold N. Poslusny, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $16,598.00 total receipts applied to plan, then $806.00 per month for the remaining thirty-seven (37) months, commencing December 1, 2023 for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on April 6, 2022, remain in effect.

_____
Thomas Egner, Esquire
Attorney for Debtor

Dated:  11/16/2023

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Dated:  11/16/2023

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of **2**