UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esq.
McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
tegner@mcdowelllegal.com

Order Filed on December 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Luanne C. Thomas,

                           Debtor.

Case No.:  21-19574-JNP
Chapter:  13
Judge:  Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 14, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas G. Egner_____, the applicant, is allowed a fee of $ _____537.50_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____537.50_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____823.00_____ per month for _36 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*