**LAW OFFICES**
**HONIG & GREENBERG, L.L.C.**
By: Adam D. Greenberg, Esq. 030931994
1949 Berlin Road
Suite 200
Cherry Hill, N.J.  08003
(856) 770-0990, agreenberg@hgllclaw.com
Attorneys for Gibbstown Dentistry

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| IN RE:<br>Luanne Thomas<br><br>         Debtor, | CHAPTER THIRTEEN<br><br>Case Number 21-19574-jnp |
|---|---|

**ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES**

Please take notice that the undersigned Firm represents an interested party in the above captioned case. In accordance with the Bankruptcy Code and Rules, please enter our appearance on behalf of this party, place our name and address on the distribution list, and direct copies of all notices in this bankruptcy proceeding, regardless of form, to the above address.

This appearance and request is without prejudice to any rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court, and shall not be deemed to be a waiver of any objection thereto. *Service of process of any pleading shall be made directly upon the Creditor as required by the Federal Rules of Bankruptcy Procedure and this instrument shall not constitute a waiver of Creditor's right to such service.*

                                        /s/ Adam D. Greenberg
                                        HONIG & GREENBERG, L.L.C.
                                        By: Adam D. Greenberg, Esq.
                                        Attorneys for Gibbstown Dentistry

Dated: December 28, 2023
Cherry Hill, New Jersey