| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>**Luanne C. Thomas** | Case No. | **21-19574** |
| | Chapter: | **13** |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Luanne C. Thomas**_____ , debtor in this case certify as follows:

1.        All payments required to be made by me under my plan have been made and are paid in full.

2.    ☑    I am not required to pay domestic support obligations.

        ☐    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:    **May 28, 2025**                           **/s/ Luanne C. Thomas**
                                                **Luanne C. Thomas**
                                                Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*