Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  21–19574–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Luanne C. Thomas
aka Luanne Capri Thomas
219 Weatherby Ave.
Swedesboro, NJ 08085

Social Security No.:
xxx–xx–9222

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: <u>Luanne C. Thomas</u>
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: June 5, 2025
JAN: dmb

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-19574-JNP

Luanne C. Thomas                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 05, 2025 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Luanne C. Thomas, 219 Weatherby Ave., Swedesboro, NJ 08085-1027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam D. Greenberg | on behalf of Creditor Gibbstown Dentistry  Inc. agreenberg@hgllclaw.com, btemple@hgllclaw.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Helene Bonnie Raush | on behalf of Creditor Gibbstown Dentistry  Inc. hraush@morganproperties.com, btemple@hgllclaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 05, 2025                       Form ID: ntcfncur                              Total Noticed: 1

Thomas G. Egner
                          on behalf of Debtor Luanne C. Thomas tegner@mcdowelllegal.com
                          tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@
                          mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                          on behalf of Creditor Ford Motor Credit Company LLC wcraig@egalawfirm.com
                          mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 9