Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                Case No.: 21−19574−JNP
                                Chapter: 13
                                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luanne C. Thomas
   aka Luanne Capri Thomas
   219 Weatherby Ave.
   Swedesboro, NJ 08085

Social Security No.:
   xxx−xx−9222

Employer's Tax I.D. No.:

# FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 4, 2025</u>
                            <u>Jerrold N. Poslusny Jr.</u>
                            Judge, United States Bankruptcy Court